| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>PRATTER, GENE E | 2. Court or Organization<br><br>U.S. District Court, E.D. Pa. | | 3. Date of Report<br><br>4/20/2005 |
|---|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ◉ Annual   ○ Final | | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>5118 United States Courthouse<br><br>Sixth & Market Streets<br><br>Philadelphia, PA 19106-1752 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Partner & General Counsel | Duane Morris LLP |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Post-resignation return of capital. Parties: Duane Morris LLP & Gene E.K. Pratter. Capital will be returned in 2005, 2006 and 2007. |

RECEIVED 2005 APR 27 A 10: 33 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Duane Morris LLP (Partner) | 345,014 |
| 2. | 2004 | Duane Morris LLP (Post Retirement Distribution) | 50,000 |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Duane Morris LLP (Post Retirement Distribution) |
| 2. | 2004 | PMA Capital Corporation (Sr. VP & General Counsel) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Duane Morris LLP | Oct. 15 - 17 - Miami, FL - Duane Morris Firm Retreat (Transportation, Meals, Room, Entertainment) |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Prusky Portfolio - Retirement #1 | E | Dividend | M | T | | | | | |
| 2. First Eagle Overseas - Retirement #1 | B | Dividend | M | T | Buy Monthly | | J | | |
| 3. | | | | | Partial Sale | 2/23 | K | D | |
| 4. Brandywine - Retirement #1 | | None | M | T | Buy Monthly | | J | | |
| 5. | | | | | Partial Sale | 2/23 | M | E | |
| 6. Sound Shore - Retirement #1 | D | Dividend | M | T | Buy Monthly | | J | | |
| 7. | | | | | Partial Sale | 2/23 | M | E | |
| 8. Schwab Inst Trust - Retirement #1 | | None | N | T | Partial Sale | 2/23 | L | E | |
| 9. StoneRidge Small Cap - Retirement #1 | | None | M | T | Buy Monthly | | J | | |
| 10. | | | | | Partial Sale | 2//23 | K | D | |
| 11. Vanguard Growth Equity - Retirement #1 | | None | M | T | Buy Monthly | | J | | |
| 12. Schwab S&P 500 - Retirement #1 | | None | | | Sale | 2/23 | L | D | |
| 13. BlackRock Core Bond - Retirement #1 | C | Dividend | L | T | | | | | |
| 14. BlackRock Low Duration Bond - Retirement #1 | C | Distribution | N | T | Buy Monthly | | J | | |
| 15. Schwab Value Advantage - Retirement #1 | A | Dividend | | | Sale | 6/21 | J | A | |
| 16. Bear Stearns International - Retirement #1 | | None | | | Sale | 2/13 | L | C | |
| 17. Janus Advisor Growth - Retirement #1 | | None | L | T | Buy Monthly | | L | | |
| 18. Royce Opportunity - Retirement #1 | D | Dividend | M | T | Buy Monthly | | L | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated



| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Morgan Stanley International Equity - Retirement #1 | C | Dividend | L | T | Buy Monthly | | J | | |
| 20. Julius Baer International Equity - Retirement #1 | C | Dividend | L | T | Buy Monthly | | J | | |
| 21. Vanguard Total Bond Market Index - Retirement #2 | B | Dividend | K | T | Buy Monthly | | J | | |
| 22. Vanguard Index 500 - Retirement #2 | A | Dividend | K | T | Buy Monthly | | J | | |
| 23. Vanguard International Growth - Retirement #2 | A | Dividend | K | T | Buy Monthly | | J | | |
| 24. PMA Common Stock - Retirement #2 | | None | K | T | Buy Monthly | | J | | |
| 25. Vanguard Total Bond Market Index - Retirement #3 | A | Dividend | K | T | Buy Monthly | | J | | |
| 26. Vanguard Index 500 - Retirement #3 | A | Dividend | K | T | Buy Monthly | | J | | |
| 27. Vanguard Windsor II - Retirement #3 | A | Dividend | K | T | Buy Monthly | | J | | |
| 28. Vanguard International Growth - Retirement #3 | A | Dividend | K | T | Buy Monthly | | J | | |
| 29. Vanguard Short Term Bond - Retirement #4 | B | Dividend | K | T | | | | | |
| 30. Vanguard Windsor II - Retirement #4 | A | Dividend | K | T | | | | | |
| 31. Vanguard US Growth - Retirement #4 | A | Dividend | K | T | | | | | |
| 32. Vanguard Explorer - Retirement #4 | A | Dividend | K | T | | | | | |
| 33. Vanguard Strategic Equity - Retirement #4 | B | Dividend | K | T | | | | | |
| 34. Vanguard International Growth - Retirement #4 | A | Dividend | K | T | | | | | |
| 35. DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 36. DFA US Large Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | Federated US Gov't 1-3 - Retirement #5 | A | Dividend | J | T | | | | | |
| 38. | First Eagle Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 39. | Janus Fund - Retirement #5 | | None | J | T | | | | | |
| 40. | Janus Adviser International - Retirement #5 | | None | | | Sale | 3/23 | J | A | |
| 41. | Janus Overseas - Retirement #5 | A | Dividend | J | T | Buy | 3/23 | J | | |
| 42. | NB Fasciano - Retirement #5 | A | Dividend | J | T | | | | | |
| 43. | Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |
| 44. | Sound Shore - Retirement #5 | A | Dividend | | | Sale | 11/4 | J | A | |
| 45. | Westcore MIDCO Growth - Retirement #5 | | None | J | T | | | | | |
| 46. | Janus Mid Cap Value - Retirement #5 | A | Dividend | J | T | Buy | 11/4 | J | | |
| 47. | Federated US Gov't 1-3 - Retirement #6 | A | Dividend | J | T | | | | | |
| 48. | Janus Adviser International - Retirement #6 | | None | | | Sale | 3/23 | J | A | |
| 49. | MFS Mass Investors Trust - Retirement #6 | A | Dividend | | | Sale | 5/10 | J | A | |
| 50. | PMA Common Stock - Retirement #6 | | None | K | T | | | | | |
| 51. | Royce Opportunity - Retirement #6 | A | Dividend | J | T | | | | | |
| 52. | Schwab Money Market - Retirement #6 | A | Dividend | J | T | | | | | |
| 53. | Thornburg Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 54. | Janus Overseas - Retirement #6 | A | Dividend | J | T | Buy | 3/23 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Van Kampen Comstock - Retirement #6 | A | Dividend | J | T | Buy | 5/10 | J | | |
| 56. Janus Fund - Retirement #6 | | None | J | T | Buy | 5/10 | J | | |
| 57. StoneRidge Small Cap - Retirement #7 | | None | L | T | | | | | |
| 58. Baron Growth - Retirement #7 | | None | M | T | Buy | 3/1 | K | | |
| 59. Bear Stearns International - Retirement #7 | | None | | | Sale | 3/1 | L | A | |
| 60. Brandywine - Retirement #7 | | None | M | T | | | | | |
| 61. Columbia Growth - Retirement #7 | A | Dividend | L | T | | | | | |
| 62. DFA US Micro Cap - Retirement #7 | B | Dividend | K | T | | | | | |
| 63. DFA One Year Fixed - Retirement #7 | C | Dividend | N | T | Buy | 3/2 | K | | |
| 64. DFA US Small Cap Value - Retirement #7 | C | Dividend | L | T | Buy | 11/5 | L | | |
| 65. DFA US Large Cap Value - Retirement #7 | B | Dividend | M | T | Partial Sale | 3/2 | L | C | |
| 66. Dodge & Cox Stock - Retirement #7 | D | Dividend | M | T | Partial Sale | 5/10 | M | E | |
| 67. Federated US Gov't - Retirement #7 | C | Dividend | M | T | | | | | |
| 68. First Eagle Overseas - Retirement #7 | A | Dividend | K | T | Partial Sale | 3/1 | K | D | |
| 69. | | | | | Partial Sale | 11/5 | K | E | |
| 70. Hotchkis & Wiley Mid Cap Value - Retirement #7 | C | Dividend | M | T | | | | | |
| 71. Julius Baer International Equity - Retirement #7 | B | Dividend | K | T | | | | | |
| 72. Morgan Stanley International Equity - Retirement #7 | D | Dividend | M | T | Buy | 3/1 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Morgan Stanley Emerging Markets - Retirement #7 | A | Dividend | K | T | Partial Sale | 3/1 | J | B | |
| 74. Royce Opportunity - Retirement #7 | D | Dividend | L | T | Partial Sale | 3/1 | K | D | |
| 75. | | | | | Partial Sale | 11/5 | M | E | |
| 76. Schwab Money Market - Retirement #7 | A | Dividend | J | T | | | | | |
| 77. Vanguard Growth Equity - Retirement #7 | A | Dividend | M | T | | | | | |
| 78. Westcore International Frontier - Retirement #7 | A | Dividend | K | T | Partial Sale | 3/1 | J | B | |
| 79. Westcore Mid Cap Value (frm West Mid Opp) - Retirement #7 | D | Dividend | M | T | | | | | |
| 80. Westcore Growth - Retirement #7 | B | Dividend | M | T | Buy | 5/10 | K | | |
| 81. Westcore MIDCO Growth - Retirement #7 | | None | M | T | | | | | |
| 82. William Blair International Growth - Retirement #7 | A | Dividend | L | T | Buy | 3/1 | L | | |
| 83. Janus Overseas - Retirement #7 | A | Dividend | K | T | Buy | 3/1 | K | | |
| 84. Hotchkis & Wiley Large Cap Value - Retirement #7 | B | Dividend | M | T | Buy | 5/10 | M | | |
| 85. Royce Value Plus - Retirement #7 | A | Dividend | K | T | Buy | 11/5 | L | | |
| 86. Third Avenue International Value - Retirment #7 | A | Dividend | K | T | Buy | 11/5 | K | | |
| 87. Schwab Money Market - Trust #1 | A | Dividend | J | T | | | | | |
| 88. Schwab Municipal Money Market - Trust #1 | A | Dividend | | | Sale | 3/11 | N | A | |
| 89. Scudder Short Term Muni - Trust #1 | A | Dividend | | | Sale | 1/20 | L | A | |
| 90. SBC Communications Common Stock - Trust #1 | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Dodge & Cox Stock - Trust #1 | A | Dividend | K | T | Buy | 1/13 | K | | |
| 92. Schroder Short Term Muni - Trust #1 | B | Dividend | L | T | Buy | 1/21 | L | | |
| 93. Baron Growth - Trust #1 | | None | K | T | Buy | 3/12 | J | | |
| 94. Brandywine - Trust #1 | | None | J | T | Buy | 3/12 | J | | |
| 95. Federated Short Term Muni - Trust #1 | A | Dividend | K | T | Buy | 3/12 | K | | |
| 96. First Eagle Overseas - Trust #1 | A | Dividend | K | T | Buy | 3/12 | K | | |
| 97. Hotchkis & Wiley Large Cap Value - Trust #1 | A | Dividend | K | T | Buy | 3/12 | K | | |
| 98. Hotchkis & Wiley Mid Cap Value - Trust #1 | A | Dividend | K | T | Buy | 3/12 | K | | |
| 99. Janus Fund - Trust #1 | | None | K | T | Buy | 3/12 | K | | |
| 100. Janus Overseas - Trust #1 | A | Dividend | J | T | Buy | 3/12 | J | | |
| 101. Julius Baer International Equity - Trust #1 | A | Dividend | K | T | Buy | 3/12 | J | | |
| 102. Morgan Stanley International Equity - Trust #1 | B | Dividend | K | T | Buy | 3/12 | K | | |
| 103. Morgan Stanley Emerging Markets - Trust #1 | A | Dividend | J | T | Buy | 3/12 | J | | |
| 104. NB Fasciano - Trust #1 | A | Dividend | K | T | Buy | 3/12 | K | | |
| 105. Royce Opportunity - Trust #1 | B | Dividend | K | T | Buy | 3/12 | K | | |
| 106. Westcore Mid Cap Value - Trust #1 | A | Dividend | K | T | Buy | 3/12 | K | | |
| 107. Westcore Growth - Trust #1 | A | Dividend | K | T | Buy | 3/12 | K | | |
| 108. Westcore MIDCO Growth - Trust #1 | | None | K | T | Buy | 3/12 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | Buy | 3/15 | K | | |
| 110. DFA Tax Managed US Small Cap Value - Trust #1 | A | Dividend | K | T | Buy | 3/15 | K | | |
| 111. DFA US Micro Cap - Trust #1 | A | Dividend | J | T | Buy | 3/15 | J | | |
| 112. DFA One Year Fixed - Custodial #1 | A | Dividend | K | T | | | | | |
| 113. Federated US Gov't - Custodial #1 | A | Dividend | K | T | | | | | |
| 114. Dodge & Cox Stock - Custodial #1 | A | Dividend | K | T | | | | | |
| 115. First Eagle Overseaes - Custodial #1 | A | Dividend | J | T | | | | | |
| 116. Janus Fund - Custodial #1 | | None | K | T | | | | | |
| 117. Johnson & Johnson Common Stock - Custodial #1 | A | Dividend | | | Partial Sale | 1/22 | J | D | |
| 118. | | | | | Gift | 1/20 | K | | Brokerage #2 |
| 119. | | | | | Sale | 8/12 | K | E | |
| 120. Julius Baer International Equity - Custodial #1 | A | Dividend | J | T | | | | | |
| 121. Morgan Stanley International Equity - Custodial #1 | A | Dividend | J | T | | | | | |
| 122. NB Fasciano - Custodial #1 | A | Dividend | J | T | | | | | |
| 123. PMA Common Stock - Custodial #1 | | None | K | T | | | | | |
| 124. Royce Opportunity - Custodial #1 | B | Dividend | K | T | | | | | |
| 125. Schwab Money Market - Custodial #1 | A | Dividend | J | T | | | | | |
| 126. Westcore Mid Cap Value (frm West Mid Opp) - Custodial #1 | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Westcore MIDCO Growth - Custodial #1 | | None | J | T | | | | | |
| 128. AT&T Common Stock - Brokerage #1 | A | Dividend | | | Sale | 6/1 | J | A | |
| 129. Baron Growth - Brokerage #1 | | None | K | T | | | | | |
| 130. DFA Tax Managed Marketwide Value - Brokerage #1 | A | Dividend | K | T | Buy | 2/18 | J | | |
| 131. DFA Tax Managed US Small Cap Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 132. Federated Short Term Muni - Brokerage #1 | A | Dividend | J | T | Buy | 2/17 | J | | |
| 133. | | | | | Partial Sale | 5/14 | K | A | |
| 134. First Eagle Overseas - Brokerage #1 | A | Dividend | J | T | | | | | |
| 135. Janus Fund - Brokerage #1 | | None | K | T | | | | | |
| 136. Janus Adviser International - Brokerage #1 | | None | | | Sale | 3/23 | J | A | |
| 137. Janus Overseas - Brokerage #1 | A | Dividend | J | T | Buy | 3/24 | J | | |
| 138. Lucent Technologies Common Stock - Brokerage #1 | | None | | | Sale | 6/1 | J | A | |
| 139. Morgan Stanley International Equity - Brokerage #1 | B | Dividend | K | T | Buy | 2/17 | J | | |
| 140. PMA Capital Common Stock - Brokerage #1 | | None | M | T | | | | | |
| 141. Schwab Money Market - Brokerage #1 | A | Dividend | K | T | | | | | |
| 142. Scudder Short Term Muni - Brokerage #1 | A | Dividend | | | Sale | 1/20 | M | B | |
| 143. Sound Shore - Brokerage #1 | A | Dividend | K | T | | | | | |
| 144. Westcore MIDCO Growth - Brokerage #1 | | None | K | T | Buy | 2/17 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Schroder Short Term Muni - Brokerage #1 | B | Dividend | M | T | Buy | 1/21 | M | | |
| 146. Baron Growth - Brokerage #2 | | None | K | T | | | | | |
| 147. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 148. DFA Tax Managed Marketwide Value - Brokerage #2 | A | Dividend | K | T | Buy | 3/17 | J | | |
| 149. | | | | | Buy | 3/22 | J | | |
| 150. DFA Tax Managed US Small Cap Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 151. Dodge & Cox Stock - Brokerage #2 | B | Dividend | K | T | | | | | |
| 152. ExxonMobil Common Stock - Brokerage #2 | A | Dividend | | | Sale | 3/10 | J | D | |
| 153. Federated Short Term Muni - Brokerage #2 | B | Dividend | L | T | | | | | |
| 154. First Eagle Overseas - Brokerage #2 | A | Dividend | K | T | Buy | 3/17 | J | | |
| 155. General Electric - Brokerage #2 | A | Dividend | | | Sale | 1/16 | J | D | |
| 156. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | B | Dividend | K | T | | | | | |
| 157. Janus Fund - Brokerage #2 | | None | K | T | Buy | 1/20 | J | | |
| 158. | | | | | Buy | 3/16 | J | | |
| 159. | | | | | Buy | 3/19 | J | | |
| 160. Janus Adviser International - Brokerage #2 | | None | | | Sale | 3/23 | J | C | |
| 161. Janus Overseas - Brokerage #2 | A | Dividend | K | T | Buy | 3/24 | J | | |
| 162. Johnson & Johnson Common - Brokerage #2 | | None | | | Gift | 1/20 | K | | Custodial #1 |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Julius Baer International Equity - Brokerage #2 | A | Dividend | K | T | | | | | |
| 164. Morgan Stanley International Equity - Brokerage #2 | B | Dividend | K | T | Buy | 1/20 | J | | |
| 165. NB Fasciano - Brokerage #2 | A | Dividend | K | T | | | | | |
| 166. Royce Opportunity - Brokerage #2 | B | Dividend | K | T | | | | | |
| 167. Schwab Money Market - Brokerage #2 | A | Dividend | K | T . | | | | | |
| 168. Scudder Short Term Muni - Brokerage #2 | A | Dividend | | | Sale | 1/20 | L | A | |
| 169. Schroder Short Term Muni - Brokerage #2 | B | Dividend | L | T | Buy | 1/21 | L | | |
| 170. | | | | | Buy | 3/19 | K | | |
| 171. SBC Communications Common Stock - Brokerage #2 | A | Dividend | J | T | | | | | |
| 172. US Treasury 8/15/05 - Brokerage #2 | B | Dividend | K | T | | | | | |
| 173. US Treasury 10/15/06 - Brokerage #2 | B | Dividend | K | T | | | | | |
| 174. Westcore Mid Cap Value (frm West Mid Opp) - Brokerage #2 | A | Dividend | K | T | Buy | 3/16 | J | | |
| 175. | | | | | Buy | 3/19 | J | | |
| 176. Westcore Growth - Brokerage #2 | A | Dividend | K | T | Buy | 3/16 | J | | |
| 177. Westcore MIDCO Growth - Brokerage #2 | | None | K | T | Buy | 3/19 | J | | |
| 178. Equitable Variable Life - Alliance Common Stock | | None | L | T | | | | | |
| 179. Equitable Variable Life - International | | None | K | T | | | | | |
| 180. Duane Morris LLP Partnership Capital Account | D | Dividend | N | U | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Carlyle Real Estate LLP | A | Dividend | J | T | | | | | |
| 182. Wheeler Terrace LTD | A | Dividend | J | T | | | | | |
| 183. PNC Accounts | A | Dividend | J | T | | | | | |
| 184. Nantucket Bank Account | A | Dividend | J | T | | | | | |
| 185. Wescott Nova LP | | None | K | T | | | | | |
| 186. PMA Restricted Stock | | None | M | T | Bonus | 5/6 | L | | PMA Capital Corp |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. Johnson and Johnson Common Stock - Shares were gifted from Brokerage #2 to Custodial #1 on 1/20.

2. Westcore Mid Cap Opportunity changed its name to Westcore Mid Cap Value on 9/28/04..

3. First Eagle Global, listed in Brokerage #2 on Initial Report, was actually sold on 8/1/03. It should have appeared on the report with no value. The value of the sale should have had a code of "J", and the gain should have had a code of "A".

4. Kimberly Clark Common, listed in Brokerage #2 on Initial Report, was sold on 12/1/03. The value of the sale had a code of "J", and the gain had a code of "A".

5. Onandango County, NY Bond, listed in Brokerage #2 on Initial Report, was sold on 11/1/03. The value of the sale had a code of "K", and the gain had a code of "A".

6. PMA Restricted Stock, shown in this report for the first time, represents a bonus received by on 5/6.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pratter, Gene E | 4/20/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____          Date _April 20, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544